UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| SHAMIN CHUA,<br><br>    Plaintiff,<br><br>v.<br><br>FOREST RIVER, INC.,<br><br>    Defendant. | Case No. 3:23-CV-966-CCB-SJF |

## ORDER

Pursuant to the Stipulation to Dismiss [DE 19] and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is DISMISSED with prejudice, each party bearing its own costs. The Clerk is DIRECTED to close this case.

SO ORDERED.

January 8, 2025

                                                /s/ *Cristal C. Brisco*
                                                CRISTAL C. BRISCO, JUDGE
                                                UNITED STATES DISTRICT COURT